JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAFSHI BENNETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY;<br>LOS ANGELES COUNTY<br>　SHERIFF'S DEPARTMENT;<br>DOES 1-10, Individually, and in their<br>　capacity as Deputy Sheriffs for the<br>　County of Los Angeles, California,<br><br>　　　　Defendants. | Case No. 2:23-cv-10475-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge entered substantially contemporaneously herewith,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. The Motion of Defendant Los Angeles County Sheriff's Department for Summary Judgment is **GRANTED.**
2. This case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: June 23, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE